1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,
                                              NO. CR. S-11-00449 KJM
12              Plaintiff,

13       v.                                   ORDER

14   HOMERO LOPEZ-BARRON,

15              Defendant.
     _____/
16

17           On December 20, 2011, the court adopted the parties' stipulation and ordered this

18   matter referred to the Federal Bureau of Prisons for a psychiatric or psychological examination.

19   The stipulation referenced an evaluation of defendant conducted in December 2011 by Dr.

20   Jeffrey Miller.  Dr. Miller tested defendant for mental retardation, and diagnosed him with mild

21   mental retardation.  *See* ECF 73.  Based on the court's order, the Bureau of Prisons arranged for

22   clinical psychologist Dr. Gordon Zilberman to conduct a competency evaluation to determine

23   whether the defendant is competent to stand trial, as provided by 18 U.S.C. § 4241(b).  ECF 136

24   (sealed).

25           Dr. Zilberman examined the defendant and produced a report to the court.  That

26   report has been filed under seal.  It complies with the requirements of 18 U.S.C. § 4247(c), and

27   concludes that defendant is competent to stand trial, subject to periodic confirmation of his

28   understanding of the judicial process.  *See* ECF 137 (sealed).

On June 6, 2012, the parties appeared before the court for a competency hearing. Defendant was present in custody with his defense counsel, Christopher Hadyn-Myer; defendant was assisted by Mauri Fitzgibbon, certified Spanish language interpreter.  Assistant United States Attorney Michael Anderson was present for the government.  The parties submitted on Dr. Zilberman's report, without oral argument.

The court has read and carefully considered Dr. Zilberman's report. The court finds that the defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Accordingly, the defendant is competent to stand trial.

DATED:  June 12, 2012.

_____
UNITED STATES DISTRICT JUDGE